NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROGER GARRIS,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No. 2D17-3274
                                       )
DITECH FINANCIAL, LLC,                 )
                                       )
            Appellee.                  )
_____ )

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Roger Garris, pro se.

Stephen M. Janes of Padgett Law
Group, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.